Date: 06/04/10

**DIVIDENDS REMITTED TO THE COURT**

Case Number 07-35065 - RASHID, GENE DANIEL

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **GOLD CROSS AMBULANCE**<br>SDS-12-2556<br>PO BOX 86<br>MINNEAPOLIS MN 55486-2556<br>66956 | 000004 | 1,187.66 | 1.33 |
| **MAYO CLINIC**<br>SDS-12-2932<br>PO BOX 86<br>MINNEAPOLIS MN 55486-2932<br>2573 | 000009 | 2,234.60 | 2.49 |
| ---------- Remittance Total ------------- | | 3,422.26 | 3.82 |

CHARLES W. RIES, Trustee

U.S. BANKRUPTCY COURT
RECEIVED 10 JUN -7 AM 11:10